

NOV 0 7 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 4:25-CR-00210-JDK |
| v. | § | |
| | § | |
| | § | |
| CURTIS LEE STROMME (2) | § | |
| CLINTON RAY ELLIS (3) | § | |
| LONNIE LEE BLOYS (5) | § | |
| JAIME LEE BLOYS (6) | § | |

# ORDER

This case is set for **Pretrial Conference** on **MONDAY, DECEMBER 15, 2025 at 1:30pm. Jury Selection and Trial set on MONDAY, DECEMBER 22, 2025 at 9:00am** before United States District Judge **Jeremy D. Kernodle** at the Sherman Annex in Sherman, Texas.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **MONDAY, NOVEMBER 24, 2025** at **12:00pm.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause for the delay.

So ORDERED and SIGNED this 7th day of November, 2025.

_____
Bill Davis
United States Magistrate Judge